**RECEIVED**

JUN 2 9 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**RECEIVED**

JUL 2 1 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION**

HENRY C. MERRIDITH, JR.
LA. DOC #409592

VS.

BURL CAIN, WARDEN

CIVIL ACTION NO. 04-1227

SECTION P

JUDGE MELANÇON

MAGISTRATE JUDGE METHVIN

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that **CLAIM 5 SUB-PARTS A, B, AND D** (Racial Discrimination in the Selection of Grand Jury Foreperson) **BE DENIED AND DISMISSED WITH PREJUDICE** as procedurally defaulted.

**IT IS FURTHER ORDERED** that **CLAIM 5(C)** (Ineffective Assistance of Counsel for Failing to Challenge the Discriminatory Practice of Selecting Grand Jury Forepersons) be **DENIED AND DISMISSED WITH PREJUDICE** pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts since it plainly appears from the face of the petition and exhibits annexed to it that the petitioner is not entitled to relief.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 21st day of July, 2006.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE